| | | | |
|---|---|---|---|
| Debtor 1 | **Brenda kay** | | **Lee** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

Case number: 08-30961 - thp7 ᵇˢ

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

BANKRUPTCY COURT
DISTRICT OF OREGON
2022 SEP 15 PM 3:27
LODGED_____ REC'D_____
PAID_____ DOCKETED_____

Submit application and supporting documents to:
U.S. Bankruptcy Court
1050 SW 6th Ave. #700
Portland, OR 97204

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | ~~2,631.76~~ $2,299.97 ᵇˢ |
|---|---|
| Claimant's Name: | Brenda Lee |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 101 Madison ave. apt..3b Astoria, Oregon 97103<br>phone 503 470-0729    email leebrenda791@gmail.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

[X] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

[ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

[ ] Applicant is Claimant's representative (e.g., attorney or unclaimed funds locator).

[ ] Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

[X] Applicant has read the court's instructions at https://www.orb.uscourts.gov/unclaimed-funds for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

B1340 (12/1/2019)                                              Page 1 of 2

### 4. Notice to United States Attorney

[X] Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

United States Attorney
Attn: Civil Process Clerk
1000 SW 3rd Ave. #600
Portland, OR 97204

### 5. Applicant Declaration

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 09/14/22 BL

_Brenda Lee_
Signature of Applicant

**Brenda Lee**
Printed Name of Applicant
Brenda Kay Lee

Address: 101 Madison ave. apt.3b Astoria, Oregon 97103

Telephone: 503 470-0729

Email: leebrenda791@gmail.com

### 5. Co-Applicant Declaration (if applicable)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

_____
Signature of Co-Applicant (if applicable)

_____
Printed Name of Co-Applicant (if applicable)

Address: _____

Telephone: _____

Email: _____

### 6. Notarization

STATE OF Oregon

COUNTY OF Clatsop

This Application for Unclaimed Funds, dated 9/14/2022 BL, was subscribed and sworn to before me this 14th day of September, 2022 by Brenda Kay Lee

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is subscribed to the within instrument.

WITNESS my hand and official seal.

Notary Public: _Jeffrey Allen Greeley_

My commission expires: 7 March 2023

(SEAL)

OFFICIAL STAMP
**JEFFREY ALLEN GREELEY**
NOTARY PUBLIC - OREGON
COMMISSION NO. 985021
MY COMMISSION EXPIRES MARCH 7, 2023