U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

**F I L E D**

**September 16, 2022**

**Clerk, U.S. Bankruptcy Court**

**Below is an order of the Court.**

**U.S. Bankruptcy Judge**

OPUF (12/1/19) jd

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON**

In re
 **Brenda K Lee**
Debtor(s)

Case No. **08–30961–thp7**

ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The court having considered the following application for unclaimed funds deposited with the court:

Application for Payment of Unclaimed Funds. Filed by Debtor Brenda K Lee (bls)

**IT IS ORDERED** that, pursuant to 28 U.S.C. § 2042, the application is hereby granted and the clerk must disburse these funds not earlier than 14 days after entry of this order. Before payment may be issued, if the applicant has not already done so, the applicant must submit one of the following forms to the court: AO 213P (available at https://www.uscourts.gov) or W–9 (available on the Internal Revenue Service website at https://www.irs.gov).

###

71 – 69